# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS | : MDL 875 : : OHIO NORTHERN : *(MARDOC)* |

## O R D E R

**AND NOW** on this **5th** day of **July, 2011**, it is hereby **ORDERED** that the actions attached hereto and listed as *Exhibit "A"* are hereby dismissed pursuant to Plaintiffs' counsel.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.